GEOFFREY A. HANSEN
Acting Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant GOLSTON

**FILED**

SEP 1 8 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>  Plaintiff,  <br>  v.  <br> RICHARD GOLSTON,  <br>  Defendant. | No. CR -3-12-70647 JSC  <br><br> **STIPULATION AND [PROPOSED] ORDER MODIFYING BOND CONDITIONS**  <br><br> Court: The Honorable Jacqueline Scott Corley |

The parties hereby stipulate and agree as follows:

1. This matter is set for arraignment on September 27, 2012 at 11:00 a.m.;

2. On June 6, 2012, this Court set conditions of release for Mr. Golston, including a curfew condition and a condition that the defendant not travel outside of the Northern District of California;

3. Given Mr. Golston's compliance with the release conditions to date, the parties stipulate and agree to proposed bond modifications, as follows;

4. First, that Mr. Golston's curfew be reduced to the hours of 11:00 p.m. to 6:00 a.m. that he must remain in his mother's home each day;

5. Second, that Mr. Golston's travel restriction be reduced, to allow him to travel to the Eastern District of California as well as the Northern District of California,

provided that he notify Pretrial Services when he leaves the Northern District of California and informs them of his whereabouts in the Eastern District of California.

IT IS SO STIPULATED.

Dated: September 17, 2012

                            /s/
ELIZABETH M. FALK
ASSISTANT FEDERAL PUBLIC DEFENDER

Dated: September 17, 2012              /s/
KEVIN BARRY
ASSISTANT UNITED STATES ATTORNEY

Dated: September 17, 2012              /s/
TIMOTHY ELDER
U.S. PRETRIAL SERVICES OFFICER

## [~~PROPOSED~~] ORDER

For the reasons set forth above, the bond conditions of defendant Richard Golston are modified as follows:

1. The condition requiring the defendant to remain in the Northern District of California is hereby MODIFIED to include and allow travel to the Eastern Districts of California;

\\

\\

\\

\\

\\

2. The curfew condition is hereby modified as follows; Mr. Golston is hereby ORDERED to be at his mother's residence each night no later than 11:00 p.m., and he may not leave the residence prior to 6:00 a.m. each day.

2. **IT IS SO ORDERED.**

DATED: 9·18·2012

THE HONORABLE JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE