MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:     (415) 436-7200
    Facsimile:      (415) 436-7234
    Email: kevin.barry@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | CR No. 12-mj-70647 MAG |
|     Plaintiff,     ) | |
|     v.     ) | **STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE AND EXCLUDING TIME** |
| RICHARD KEITH GOLSTON,     ) | |
|     Defendant.     ) | |

    The Court has set November 30, 2012 as the date for a preliminary hearing or arraignment.

    The parties hereby stipulate to move the preliminary hearing or arraignment date to December 20, 2012, and they request that the Court extend the time limits provided by Federal Rule of Criminal Procedure 5.1(c) and 18 U.S.C. § 3161.  This extension of time is necessary for the parties to explore possible pre-indictment resolution, to produce and to receive discovery, and for effective preparation of counsel.

STIPULATION & [PROPOSED] ORDER CHANGING HEARING DATE AND EXCLUDING TIME
CR 12-mj-70647 MAG

1    Pursuant to Rule 5.1(d), the defendants and the government consent to the extension of
2 time, and the parties represent that good cause exists for this extension, including the effective
3 preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  For the same reasons, the parties
4 also request that the Court exclude from the time limits of 18 U.S.C. § 3161 the period from the
5 date of this Order through December 20, 2012.  The parties also agree that the ends of justice
6 served by granting such an exclusion of time outweigh the best interests of the public and the
7 defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

9    SO STIPULATED:
                                                     MELINDA HAAG
10                                                    United States Attorney

11
     DATED: November 28, 2012                 /s/
12                                                    KEVIN J. BARRY
                                                     Assistant United States Attorney
13

14   DATED: November 28, 2012                 /s/
                                                     ELIZABETH M. FALK
15                                                    Attorney for RICHARD GOLSTON

20
                                      [PROPOSED] ORDER
21
     For the reasons stated above, the Court sets December 20, 2012, as the date for the
22
arraignment or preliminary hearing.  The Court finds that extension of time limits applicable
23
under Federal Rule of Criminal Procedure 5.1(c) from the date of this Order through December
24
20, 2012, is warranted; that exclusion of this period from the time limits applicable under 18
25
U.S.C. § 3161 is warranted; that the ends of justice served by the continuance outweigh the
26
interests of the public and the defendant in the prompt disposition of this criminal case; and that
27
the failure to grant the requested exclusion of time would deny counsel for the defendant and for
28

STIPULATION & [PROPOSED] ORDER CHANGING HEARING DATE AND EXCLUDING TIME
CR 12-mj-70647 MAG                                                                              2

1  the government the reasonable time necessary for effective preparation and continuity of
2  counsel, taking into account the exercise of due diligence, and would result in a miscarriage of
3  justice. 18 U.S.C. §3161(h)(7)(B)(iv).

   IT IS SO ORDERED.

6  DATED: November 29, 2012                   _____
                                              THE HON. LAUREL BEELER
7                                             United States Magistrate Judge

STIPULATION & [PROPOSED] ORDER CHANGING HEARING DATE AND EXCLUDING TIME
CR 12-mj-70647 MAG                                                                              3