STEVEN G. KALAR
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant GOLSTON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR -3-12-70647-MAG (JSC) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER MODIFYING BOND CONDITIONS** |
| v. | |
| RICHARD GOLSTON, | Court: The Honorable Jacqueline Scott Corley |
| Defendant. | |

The parties hereby stipulate and agree as follows:

1. This matter is set for arraignment on December 20, 2012 at 9:30 a.m.;

2. On June 6, 2012, this Court set conditions of release for Mr. Golston, including a curfew condition and a condition that the defendant not travel outside of the Northern District of California. At that time, the defendant was placed on a curfew call system;

3. On September 17, 2012, the parties stipulated and requested the Court to modify Mr. Golston's hours on the curfew system to allow him to remain outside his home until 11:00 p.m. and after 6:00 a.m. each day. Due to representations of all parties regarding Mr. Golston's compliance, this Court so ordered;

4. Given Mr. Golston's continued compliance with his release conditions to date for nearly six months, the parties now stipulate and agree to proposed bond modification: that Mr. Golston be taken off the curfew monitoring system completely and that the curfew condition be eliminated.

IT IS SO STIPULATED.

Dated: November 29, 2012

_____/S/_____
ELIZABETH M. FALK
ASSISTANT FEDERAL PUBLIC DEFENDER

Dated: November 29, 2012             _____/S/_____
KEVIN BARRY
ASSISTANT UNITED STATES ATTORNEY

Dated: November 29, 2012             _____/S/_____
TIMOTHY ELDER
U.S. PRETRIAL SERVICES OFFICER

## [PROPOSED] ORDER

For the reasons set forth above, the bond conditions of defendant Richard Golston are modified as follows:

1. Mr. Golston shall be taken off the curfew monitoring system completely and his curfew condition is hereby eliminated from the bond.

2. **IT IS SO ORDERED**.

DATED: December 4, 2012

_____
THE HONORABLE JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

12-70647; Stipulation to Modify Bond            2