STEVEN G. KALAR
Federal Public Defender
SHILPI AGARWAL
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:    415.436.7700
Facsimile:    415.436.7706
Email:        Shilpi_Agarwal@fd.org

Counsel for Defendant Richard Keith Golston

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | No. CR 13-00242-001 WHA |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER REGARDING SENTENCE REDUCTION UNDER U.S.S.G. § 1B1.1(b) AND AMENDMENT 782** |
| RICHARD KEITH GOLSTON, | |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties acting through their respective counsel, that:

1. Defendant is making an unopposed motion for modification of his sentence pursuant to 18 U.S.C. § 3582(c)(2).

2. Defendant's original guideline calculation was as follows:

    Total Offense Level: 26

    Criminal History Category: I

    Guideline Range: 63 to 78 months

*3582 STIP*, CR 13-242
DEF. GOLSTON                                             1

Mandatory Minimum: 120 months

3. Defendant was sentenced to 42 months imprisonment on October 21, 2014.

4. According to the Bureau of Prisons, Defendant's current projected release date is January 14, 2018.

5. Effective November 1, 2014, this Court may order a modification in defendant's sentence pursuant to 18 U.S.C. § 3582(c), USSG § 1B1.10(b)(1), and Amendment 782, to the United States Sentencing Guidelines Manual.

6. Defendant's revised guideline calculation is as follows:

Total Offense Level: 24

Criminal History Category: I

Guideline Range: 51 to 63 months

Mandatory Minimum: 120 months

7. The parties have no reason to dispute the Sentence Reduction Investigation Report submitted to the Court by the Probation Office.

8. Based upon the foregoing, the parties hereby stipulate that the Court may enter an order **reducing Defendant's total term of custody to 34 months,** effective November 1, 2015.

9. The parties further stipulate that all other aspects of the original judgment order including the length of term of supervised release, all conditions of supervision, fines, restitution, and special assessment remain as previously imposed.

10. Defendant stipulates that he waives and does not request a hearing in this matter pursuant to Fed. R. Crim. P. 43, 18 U.S.C. § 3582(c)(2), and *United States v. Booker*, 543 U.S. 220 (2005).

11. Defendant waives his right to appeal the district court's sentence.

12. Accordingly, the parties agree that an amended judgment in accordance with this stipulation may be entered by the Court in pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(b)(1), Amendment 782 of the Sentencing Guidelines Manual.  A Sentencing Reduction Investigation Report and a proposed amended judgment will be submitted to the Court.

IT IS SO STIPULATED.

September 16, 2015                                              /s/
_____                    _____
DATED                                              MELINDA L. HAAG
                                                   United States Attorney
                                                   J. DOUGLAS WILSON
                                                   Assistant United States Attorney
                                                   Northern District of California


September 16, 2015                                              /s/
_____                    _____
DATED                                              STEVEN G. KALAR
                                                   Federal Public Defender
                                                   SHILPI AGARWAL
                                                   Assistant Federal Public Defender
                                                   Northern District of California


IT IS SO ORDERED.

September 18, 2015.
_____                    _____
DATED                                              William Alsup
                                                   United States District Judge